UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL GUNN,<br><br>                      Plaintiff,<br><br>      -against-<br><br>JANE DOE, *et al.*,<br><br>                      Defendants. | 19-CV-10383 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued September 21, 2020, dismissing the amended complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 23, 2020
            New York, New York

                                                                       *Louis L. Stanton*
                                                                         Louis L. Stanton
                                                                             U.S.D.J.